**Order entered August 30, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00657-CR

**NICKOLAS RAMON BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-00623-T**

## ORDER

The Court **GRANTS** appellant's motion to supplement the clerk's record.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record that

contains the June 8, 2016 notice of appeal within **FIFTEEN DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE